1   COOLEY LLP
    KOJI F. FUKUMURA (189719) (kfukumura@cooley.com)
2   RYAN E. BLAIR (246724) (rblair@cooley.com)
    4401 Eastgate Mall
3   San Diego, CA  92121
    Telephone:     (858) 550-6000
4   Facsimile:     (858) 550-6420

5   COOLEY LLP
    JEFFREY M. KABAN (235743) (jkaban@cooley.com)
6   JEFFREY M. WALKER (280505) (jwalker@cooley.com)
    3175 Hanover Street
7   Palo Alto, CA  94304
    Telephone:     (650) 843-5000
8   Facsimile:     (650) 849-7400

9   Attorneys for Defendants
    SIENTRA, INC., HANI ZEINI, MATTHEW PIGEON,
10  NICHOLAS SIMON, R. SCOTT GREER, KEVIN
    O'BOYLE, and JEFFREY NUGENT
11
    [*Additional counsel listed on signature page*]
12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

17  HOWARD KLEIMAN, Individually and on        Case No. 3:15-cv-5553-HSG
    Behalf of All Others Similarly Situated,
18                                             CLASS ACTION
                          Plaintiff,
19                                             STIPULATION AND ORDER TO
              v.                               MODIFY THE BRIEFING SCHEDULE
20                                             ON  PLAINTIFF'S MOTION TO
    SIENTRA, INC., et al.,                     REMAND
21
                          Defendants.          DATE:   N/A
22                                             TIME:   N/A
                                               JUDGE: Hon. Haywood S Gilliam, Jr.
23                                             CTRM:  15, 18th Floor
24

25

26

27

28

1        WHEREAS, on December 4, 2015, Defendants removed this action (the "*Kleiman*

2 Action") (Dkt. No. 1) and two other substantially similar actions: *Oklahoma Police Pension &*

3 *Retirement System v. Sientra, Inc.*, No. 3:15-cv-5549-EJD (the "*Oklahoma Police* Action"), and

4 *Albano v. Sientra, Inc.*, No. 3:15-cv-05550-WHO (the "*Albano* Action") (collectively, the

5 "Related Actions");

6        WHEREAS, on December 8, 2015, Defendants filed an administrative motion to relate the

7 *Kleiman* Action and the *Albano* Action to the first-filed *Oklahoma Police* Action, which motion is

8 unopposed and presently pending before the Honorable Edward J. Davila;

9        WHEREAS, on December 15, 2015, and December 16, 2015, Plaintiffs in all three actions

10 moved to remand the actions to state court;

11        WHEREAS, in the other actions Defendants have been granted an extension of time to

12 respond to the remand motion to accommodate counsels' holiday schedules (*Oklahoma Police*

13 Action Dkt. No. 30);

14        WHEREAS, for that same good cause related to counsels' holiday schedules and to avoid

15 the duplication and waste of judicial resources in by having to address three related motions to

16 remand before three different judges, the parties wish to modify and conform the briefing

17 schedule in this action as set forth herein;

18        NOW, THEREFORE, THE PARTIES HAVE STIPULATED AND AGREED, SUBJECT

19 TO THE COURT'S APPROVAL, as follows:

20        1.      Defendants shall have until January 19, 2016 to file any briefs in opposition to the

21 motion to remand; and

22        2.      Plaintiff shall have until January 26, 2016 to reply to any briefs filed in opposition

23 to the motion to remand.

24

25

26

27

28

1    IT IS SO STIPULATED.

2    Dated: December 18, 2015                    COOLEY LLP

3

4

5                                               */s/Koji F. Fukumura*
                                                KOJI F. FUKUMURA (189719)

6
                                                Attorneys for Defendants
7                                               SIENTRA, INC., HANI ZEINI, MATTHEW
                                                PIGEON, NICHOLAS SIMON, R. SCOTT
                                                GREER, KEVIN O'BOYLE, and JEFFREY
8                                               NUGENT

9    Dated: December 18, 2015                    MORGAN, LEWIS & BOCKIUS LLP

10

11                                              */s/Charlene S. Shimada*
                                                CHARLENE S. SHIMADA (91407)
12

13                                              Attorneys for Defendants
                                                PIPER JAFFRAY & CO., STIFEL,
14                                              NICOLAUS & COMPANY,
                                                INCORPORATED, LEERINK
15                                              PARTNERS LLC, and WILLIAM BLAIR
                                                & COMPANY, L.L.C.

16

17

18

19

20

21

22

23

24

25

26

27

28

| 1 | Dated: December 18, 2015 | ABRAHAM, FRUCHTER & TWERSKY LLP |

Dated: December 18, 2015

ABRAHAM, FRUCHTER & TWERSKY LLP

*/s/Ian D. Berg*
IAN D. BERG
TAKEO A KELLAR
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Email: iberg@aftlaw.com
      tkellar@aftlaw.com

JACK G FRUCHTER
CASSANDRA L PORSCH
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Email: jfruchter@aftlaw.com
      cporsch@aftlaw.com

Attorneys for Plaintiff
HOWARD KLEIMAN

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: December 18, 2015

COOLEY LLP

*/s/Koji F. Fukumura*
KOJI F. FUKUMURA (189719)

Attorneys for Defendants
SIENTRA, INC., HANI ZEINI, MATTHEW PIGEON, NICHOLAS SIMON, R. SCOTT GREER, KEVIN O'BOYLE, and JEFFREY NUGENT

1                                    *        *        *

2                                   **ORDER**

3          Pursuant to stipulation, IT IS SO ORDERED.

4
       DATED:  December 21, 2015_____  _____
5                                            THE HONORABLE HAYWOOD S. GILLIAM, JR.
6                                            UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28